# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN ADAMS, </br></br>     Plaintiff, </br></br> v. </br></br> MYOKARDIA, INC., SUNIL AGARWAL, MARY CRANSTON, TASSOS GIANAKAKOS, DAVID MEEKER, MARK PERRY, KIM POPOVITS, WENDY YARNO, BRISTOL-MYERS SQUIBB COMPANY, and GOTHAM MERGER SUB INC., </br></br>     Defendants. | ) </br> ) </br> ) </br> ) Case No. 1:20-cv-01445-MN </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 3, 2020                                                  **RIGRODSKY & LONG, P.A.**

                                                               By: */s/ Gina M. Serra*
                                                                     Seth D. Rigrodsky (#3147)
                                                                     Brian D. Long (#4347)
                                                                     Gina M. Serra (#5387)
                                                                     300 Delaware Avenue, Suite 210
                                                                     Wilmington, DE 19801
                                                                     Telephone: (302) 295-5310
                                                                     Facsimile: (302) 654-7530
                                                                     Email: sdr@rl-legal.com
                                                                     Email: bdl@rl-legal.com
                                                                     Email: gms@rl-legal.com

                                                                     *Attorneys for Plaintiff*